# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19-CR-00746-WQH |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| ENRIQUE TAPIA-JACOBO, | |
| Defendant. | |

Upon motion (ECF No. 13) of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 19-CR-00746-WQH against defendant ENRIQUE TAPIA-JACOBO be, and hereby is, dismissed;

IT IS SO ORDERED.

Dated: March 12, 2019

Hon. William Q. Hayes
United States District Court